| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| UTZURRUM LAW OFFICES, A.P.C.<br>Joe Utzurrum, Esq.<br>11620 Wilshire Blvd. Ste. 900<br>Los Angeles, California 90025<br>Tele 310.887.1837 | |

ATTORNEY(S) FOR: Plaintiff, JOSEPH R. MEEHAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH R. MEEHAN

Plaintiff(s),

v.

ALLISON WOODARD

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _plaintiff, Joseph R. Meehan_
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. JOSEPH R. MEEHAN | 1. Plaintiff and party to law suit. |
| 2. ALLISON WOODARD | 2. Defendant and party to law suit. |

10.07.2020
Date

/s/ Joe Utzurrum, Esq.
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Joseph R. Meehan