AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JOSEPH R. MEEHAN <br><br> *Plaintiff(s)* <br> v. <br> ALLISON WOODARD <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-09191 DDP (ASx) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALLISON WOODARD
1703 Raton Drive
Arlington, TX 76018-4939

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, Esq.
11620 Wilshire Blvd. Ste. 900
Los Angeles, California 90025
Tele 310.887.1837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/9/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Allison Woodard

was received by me on *(date)* 10/23/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* DAM ROEMER - Co-Occupant
15689 Pike Blvd.,, Brookpark, OH 44142 , a person of suitable age and discretion who resides there,
on *(date)* 10/26/2020 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 279.75 for services, for a total of $ 279.75 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2020

*Server's signature*

Mark Berus
*Printed name and title*

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
*Server's address*

Additional information regarding attempted service, etc:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>UTZURRUM LAW OFFICES, A.P.C.<br>Joe Utzurrum, Esq. SBN 171701<br>11620 Wilshire Blvd. Ste. 900<br>Los Angeles, California 90025<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(949)244-2230<br><br>Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

Central District of California - District - Los Angeles - Edward R. Roybal Federal Bldg
255 E. Temple St
Los Angeles, CA 90012

**PLAINTIFF:** Jose R. Meehan

**DEFENDANT:** Allison Woodard

| **DECLARATION OF DILIGENCE** | | | | CASE NUMBER:<br>2:20-cv-09191 DDP (ASx) |
|---|---|---|---|---|

I received the within process on 10/9/2020 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Allison Woodard

(1)Home: 15689 Pike Blvd., , Brookpark, OH 44142

As enumerated below:

On 10/12/2020 5:20:00 PM at address (1) above. No Answer NO ANSWER, NO CARS SEEN
On 10/13/2020 8:22:00 AM at address (1) above. No Answer NO ANSWER, NO CARS SEEN
On 10/15/2020 4:12:00 PM at address (1) above. No Answer NO ANSWER, NO CARS SEEN
On 10/17/2020 11:22:00 AM at address (1) above. No Answer NO ANSWER, NO CARS SEEN, I COULD SEE A YOUNGER MALE INSIDE THE HOME
On 10/20/2020 7:47:00 PM at address (1) above. No Answer NO ANSWER, NO CARS SEEN, TALKED TO A NEIGHBOR, WHO STATED THEY IS A YOUNGER MALE AND FEMALE THAT JUST MOVED INTO THIS HOME, HE DID NOT KNOW THERE NAMES
On 10/23/2020 6:28:00 PM at address (1) above. No Answer NO ANSWER, NO CARS SEEN, POSTED A DOOR HANGER

Date: 10/27/2020

Not a registered California process server.
MARK BERUS
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
MARK BERUS

OL# 15311089