UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-9191 MWF (Ex)**                                              Date: January 07, 2021

Title   **Joseph R. Meehan v. Allison Woodard**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 7, 2020. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on January 5, 2021.

On December 7, 2020, the Court ordered Plaintiff to show cause (the "OSC") by no later than January 5, 2021, why this action should not be dismissed for lack of prosecution. (Docket No. 9). On December 8, 2020, Plaintiff filed a Proof of Service ("POS") reflecting substituted service of the Summons and Complaint on Defendant Allison Woodard.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JANUARY 22, 2021.**

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") by Defendant.

    OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 20-9191 MWF (Ex)**                                        Date: January 07, 2021

Title       **Joseph R. Meehan v. Allison Woodard**

    This is the second OSC issued by the Court; an OSC is not meant to remind Plaintiff to prosecute his case.

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JANUARY 22, 2021** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm