UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, Esq.
Cal Bar Number 171701
11620 Wilshire Blvd. Ste. 900
Los Angeles, California 90025
Tele 310.887.1837
Email joe@ulawoffices.com

Attorneys for Plaintiff, JOSEPH R. MEEHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. MEEHAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLISON WOODARD,<br><br>          Defendant. | Case No. 2:20-cv-09191-MWF(Ex)<br><br>APPLICATION FOR CLERK TO ENTER DEFAULT; DECLARATION OF JOE UTZURRUM<br><br>[Fed. R. Civ. P 55(a)] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, JOSEPH R. MEEHAN, hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant, ALLISON WOODARD, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure Rule 12. After diligently attempting to serve defendant personally, plaintiff caused the complaint to be served on defendant on October 26, 2020 by substitute service.

1 | In support of the application is the attached declaration of Joe Utzurrum.

2 | Dated:  January 18, 2021

                                UTZURRUM LAW OFFICES, A.P.C.

                                By:  _____/s/ Joe Utzurrum_____

                                Joe Utzurrum, Attorney for Plaintiff,

                                JOSEPH R. MEEHAN