UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, Esq.
Cal Bar Number 171701
11620 Wilshire Blvd. Ste. 900
Los Angeles, California 90025
Tele 310.887.1837
Email joe@ulawoffices.com

Attorneys for Plaintiff, JOSEPH R. MEEHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. MEEHAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALLISON WOODARD,<br><br>        Defendant. | Case No. 2:20-cv-09191-MWF(Ex)<br><br>NOTICE OF LODGING OF ORDER ON APPLICATION FOR THE COURT TO DIRECT CLERK TO ENTER DEFAULT<br><br>Judge: The Honorable Michael W. Fitzgerald |

     Plaintiff, JOSEPH R. MEEHAN, hereby lodges the proposed order, attached as Exhibit 1, for the Court to direct the Clerk to Enter Default against defendant, Allison Woodard.

Dated:  January 18, 2021

                                        UTZURRUM LAW OFFICES, A.P.C.

                                        By: _____/s/ Joe Utzurrum_____

                                        Joe Utzurrum, Attorney for Plaintiff,

                                        JOSEPH R. MEEHAN