Exhibit  1

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. MEEHAN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ALLISON WOODARD,<br><br>                  Defendant. | Case No. 2:20-cv-09191-MWF(Ex)<br><br>ORDER [PROPOSED] RE:<br>PLAINTIFF'S APPLICATION FOR<br>COURT TO DIRECT THE CLERK<br>TO ENTER DEFAULT<br><br>Judge: The Honorable Michael W.<br>Fitzgerald |

Plaintiff's  JOSEPH R. MEEHAN'S APPLICATION FOR THE COURT TO DIRECT THE CLERK TO ENTER DEFAULT was considered by the court.

The COURT FURTHER ORDERS THAT_____

_____

_____

_____

IT IS SO ORDERED.


Dated: _____, 2021                    _____

United States District Court Judge

_____