UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, Esq.
Cal Bar Number 171701
11620 Wilshire Boulevard
Suite 900
Los Angeles, California 90025
Tele 310.887.1837
Email joe@ulawoffices.com

Attorneys for plaintiff, JOSEPH R. MEEHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. MEEHAN, <br><br> Plaintiff, <br><br> vs. <br><br> ALLISON WOODARD, <br><br> Defendants, | Case No. 2:20-cv-09191-MWF-E <br><br> NOTICE OF DISMISSAL OF ALLISON WOODARD (Pursuant to Fed. R. Civ. P 41(a)(1)(a)) <br><br> Judge: The Honorable Michael W. Fitzgerald <br> Location: First Street Courthouse <br> Courtroom: 5A |

TO THE COURT AND ALL PARTIES IN THIS ACTION, PLEASE TAKE NOTICE THAT plaintiff, Joseph R. Meehan (**Meehan**), voluntarily dismisses without prejudice defendant, Allison Woodard (**Woodard**). Woodard has not answered or filed a motion for summary judgment. This notice is made pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: March 2, 2021, Los Angeles, California

UTZURRUM LAW OFFICES, A.P.C.


By: _____/s/ Joe Utzurrum_____

Joe Utzurrum, Attorney for plaintiff, Joseph R. Meehan

Notice of Dismissal

UTZURRUM LAW OFFICES, A.P.C.